1
2
3
4
5
6
7
8                       UNITED STATES DISTRICT COURT

9                       CENTRAL DISTRICT OF CALIFORNIA

10

11   Antonio Gomez et al,                  )   CASE NO.: 2:22-cv-00477-SVW-MRW
                                           )
12          Plaintiff                      )   JUDGMENT
                                           )
13          vs.                            )
                                           )
14   FCA US LLC et al,                     )        JS - 6
                                           )
15          Defendant.                     )
                                           )
16   _____       )

17          Pursuant to the Settlement Agreement, filed on May 13, 2022, and the Acceptance of Offer,

18   judgment is entered for defendants and against plaintiff, pursuant to the conditions set for in the

19   agreement.

20

21

22   DATE:    May 27, 2022                                   _PM Cruz_____

23                                                           Clerk of the Court

24

25

26

27

28