UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO GOMEZ and CECILIA GOMEZ,<br><br>        Plaintiffs,<br>vs.<br><br>FCA US LLC; RYDELL CHRYSLER DODGE JEEP RAM; and DOES 1 through 10, inclusive<br><br>        Defendants. | Case No: 2:22-cv-00477-SVW-MRW<br>Dist. Judge: Stephen V. Wilson<br>Mag Judge: Michael R. Wilner<br>Courtroom 10A<br><br>[~~PROPOSED~~] ORDER |

   The Joint Stipulation for Dismissal is approved. The entire action, including all claims stated herein against all parties, are hereby dismissed with prejudice.

**IT IS SO ORDERED**.

Date: September 16, 2022

_____
Honorable Stephen V. Wilson
Judge of the United States District Court

1

[PROPOSED] ORDER